UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCAPONE ALO,<br><br>              Plaintiff,<br><br>       v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE,<br><br>              Defendant. | No.  1:23-cv-01172-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER<br><br>Doc. 7. |

Plaintiff Alcapone Alo is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2023, the assigned magistrate judge screened plaintiff's complaint, found no cognizable claim, and granted plaintiff thirty days to file an amended complaint or to notify the court that he wished to stand on his initial complaint.  Doc. 5.  On January 2, 2024, the screening order was returned to the court as "Undeliverable, Not in Custody," and, thereafter, plaintiff did not file an amended complaint or otherwise respond to the court's order.  *See* docket.  On March 15, 2024, the magistrate judge issued findings and recommendations recommending dismissal of the action for failure to comply with a court order and failure to prosecute.  Doc. 7.  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen days after service.  *Id.* at 4.  As with the court's earlier

1  mailing, the findings and recommendations were returned as "Undeliverable, Not in Custody."
2  *See* docket.  Plaintiff has not filed any objections (and the time to do so has passed), updated his
3  address, or otherwise communicated with the court.
4      In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de
5  novo review of this case.  After carefully reviewing the file, the court concludes the magistrate
6  judge's findings and recommendations are supported by the record and by proper analysis.
7      Accordingly, it is HEREBY ORDERED:
8      1. The findings and recommendations issued on March 15, 2024, (Doc. 7), are
9         ADOPTED IN FULL;
10     2. This action is DISMISSED without prejudice for failure to comply with a court
11        order and failure to prosecute; and
12     3. The Clerk of Court is directed to close this case.

15 IT IS SO ORDERED.
16    Dated:   August 23, 2024
17                                       UNITED STATES DISTRICT JUDGE

2